# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Ramona D. Byers, as Personal Representative of the Estate of Mario Byers,<br><br>              Plaintiff,<br><br>vs.<br><br>Jason Hasenau and William Sellars,<br><br>              Defendants. | 5:24-cv-3333-JFA-KDW<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ramona D. Myers, as Personal Representative of the Estate of Mario Byers, and Defendants Jason Hasenau and William Sellars hereby stipulate to a dismissal of this action. This dismissal is without prejudice and in no way affects the currently pending state court matter arising from the death of Plaintiff's decedent.

| | |
|---|---|
| /s/ James A. Bradshaw | /s/ William U. Gunn |
| Kyle White (Fed. ID No. 11774)<br>Drew Bradshaw (Fed. ID No. 11680)<br>Sarah T. Collins (Fed. ID No. 13174)<br>White Davis and White Law Firm<br>209 East Calhoun Street<br>Post Office Box 1346<br>Anderson, SC 29621<br>Telephone: (864) 231-8090<br>kyle@wdwlawfirm.com<br>drew@wdwlawfirm.com<br>saraht@wdwlawfirm.com | William U. Gunn (Fed. ID No. 2501)<br>Holcombe Bomar, P.A.<br>P.O. Box 1897<br>Spartanburg, SC 29304<br>Telephone: (864) 594-5300<br>bgunn@holcombebomar.com |
| Attorneys for the Plaintiff | Attorneys for Defendants |

July 11, 2025